BEFORE THE SECOND DIVISION, FEBRUARY 1, 1949

**No. 52861.**—J. A. Sanders et al. v. United States, protests 130935–K, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 1, 1949

**No. 52862.**—S. A. Haram v. United States, protests 929410–G, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 52863.**—Mattia Locatelli N. Y. Branch, Inc. v. United States, protest 85837–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain cheese is similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269, it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. It was further stipulated that the Sardo cheese involved is the same as that the subject of Abstract 48853. It was therefore held that 20 cases of Sardo cheese out of lot marked FIOR–1–101/150 and 50 cases out of lot FIOR–2–151/200 are properly dutiable at 5 cents per pound, but not less than 25 percent ad valorem, under paragraph 710, as modified by the trade agreement with Argentina (T. D. 50504).